1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11
   EJIKE O. ESOMONU,
12                                          4:24-cv-04365 HSG
                  Plaintiff,
13
        v.                                  **STIPULATION TO STAY PROCEEDINGS;
14                                          ORDER**
   UNITED STATES DEPARTMENT OF
15 STATE, *et al.*,

16                Defendants.

17

18      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

19 proceedings in this case for a limited time, until March 11, 2025. The parties make this request because

20 this matter may resolve administratively in the normal course, rendering further litigation of this case

21 unnecessary.

22      Plaintiff filed this action seeking adjudication of his spouse's visa.  The parties conferred and

23 have agreed to stay the litigation to allow time for the United States Consulate General in Lagos,

24 Nigeria, to potentially schedule an interview for Plaintiff's spouse in the normal course. Accordingly,

25 the parties stipulated and request that the proceedings in this case be stayed until March 11, 2025, at

26 which time the parties will file a joint status report with the Court.  At that time, the parties may request

27 a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement

28

of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources.

Dated: December 5, 2024	Respectfully submitted[1],

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 5, 2024

 /s/ Christina Sullivan Castro
CHRISTINA SULLIVAN CASTRO
Hacking Immigration Law LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   12/6/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.