CHRISTINA SULLIVAN CASTRO
CA B# 328326
**HACKING IMMIGRATION LAW, LLC**
10121 Manchester Rd, Suite A,
St. Louis, MO 63122
Telephone: (314) 961-8200
Facsimile: (314) 961-8201
E-mail: csullivan@hackingimmigrationlaw.com

Attorneys for Plaintiff Ejike O. Esomonu.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EJIKE O. ESOMONU,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>            Defendants. | Case No.: 4:24-cv-04365 HSG<br><br>**STIPULATION TO CONTINUE STAY PROCEEDINGS WITH ORDER** |

On December 6, 2024, the Court granted parties' stipulation to stay these proceedings and ordered a status report on or before March 11, 2025. *See* Dkt. No. 18. The Parties file this joint status report and respectfully make a joint request to continue the stay of proceedings.

Plaintiff filed this mandamus action seeking adjudication of his spouse's visa. The parties conferred and have agreed to further stay the litigation to allow additional time for the United States Consulate General in Lago, Nigeria, to potentially schedule an interview for Plaintiff's spouse in the next few months. Accordingly, the parties stipulate and request that the proceedings in this case be further stayed until May 9, 2025, at which time the parties will file another joint status report with the Court. At that time, the parties may

request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A further stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatures listed herein concur in the filing of this document.

Dated: March 7, 2025　　　　　　　　　Respectfully submitted,

**HACKING IMMIGRATION LAW**

*/s/ Christina Sullivan Castro*
CHRISTINA SULLIVAN CASTRO
Attorney for Plaintiffs

Dated: March 7, 2025　　　　　　　　　Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/7/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

Joint Status Report
Case No.: 4:24-xc-04365 HSG　　　　　2