CHRISTINA SULLIVAN CASTRO
CA B# 328326
**HACKING IMMIGRATION LAW, LLC**
10121 Manchester Rd, Suite A,
St. Louis, MO 63122
Telephone: (314) 961-8200
Facsimile: (314) 961-8201
E-mail: csullivan@hackingimmigrationlaw.com

Attorneys for Plaintiff Ejike O. Esomonu.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EJIKE O. ESOMONU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>　　　　　Defendants. | Case No.: 4:24-cv-04365 HSG<br><br>**STIPULATION TO CONTINUE STAY PROCEEDINGS WITH ORDER** |

On March 7, 2025, the Court granted parties' stipulation to continue the stay in these proceedings and ordered a status report on or before May 9, 2025. *See* Dkt. No. 21. The Parties file this joint status report and respectfully make a joint request to continue the stay of proceedings.

Plaintiff filed this mandamus action seeking adjudication of his spouse's visa. On December 6, 2024, the Court entered a stay to allow additional time for Plaintiff's spouse to be scheduled for an interview at the United States Consulate General in Lagos, Nigeria, in the normal course. That interview has now been scheduled for May 12, 2025, at which time the Plaintiff's beneficiary will have the opportunity to make a visa application and have it adjudicated in accordance with 22 C.F.R. § 42.81(a). The parties conferred and

Joint Status Report
Case No.: 4:24-xc-04365 HSG　　　　　　　1

have agreed to further stay the litigation until after the interview. Accordingly, the parties stipulate and request that the proceedings in this case be further stayed until June 9, 2025, at which time the parties will file another joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A further stay of proceedings in this case will benefit the parties and conserve the Court's resources. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatures listed herein concur in the filing of this document.

Dated: May 9, 2025                                  Respectfully submitted,

**HACKING IMMIGRATION LAW**

/s/ Christina Sullivan Castro
CHRISTINA SULLIVAN CASTRO
Attorney for Plaintiffs

Dated: May 9, 2025                                  Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/12/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge