CHRISTINA SULLIVAN CASTRO
CA B# 328326
**HACKING IMMIGRATION LAW, LLC**
10121 Manchester Rd, Suite A,
St. Louis, MO 63122
Telephone: (314) 961-8200
Facsimile: (314) 961-8201
E-mail: csullivan@hackingimmigrationlaw.com

Attorneys for Plaintiff Ejike O. Esomonu.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EJIKE O. ESOMONU,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>    Defendants. | Case No.: 4:24-cv-04365 HSG<br><br>**STIPULATION TO CONTINUE STAY PROCEEDINGS WITH ORDER** |

On May 12, 2025, the Court granted parties' stipulation to continue the stay in these proceedings and ordered a status report on or before June 9, 2025. *See* Dkt. No. 23.  The Parties file this joint status report and respectfully make a joint request to continue the stay of proceedings.

Plaintiff filed this mandamus action seeking adjudication of his spouse's visa.  On December 6, 2024, the Court entered a stay to allow additional time for Plaintiff's spouse to be scheduled for an interview at the United States Consulate General in Lagos, Nigeria, in the normal course. That interview was conducted on May 12, 2025, and the consular officer requested tax documents afterwards. Plaintiff submitted his initial response on May 13, 2025, and is actively working on submitting the tax documents in pdf format. The

parties conferred and have agreed to further stay the litigation. Accordingly, the parties stipulate and request that the proceedings in this case be further stayed until July 9, 2025, at which time the parties will file another joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A further stay of proceedings in this case will benefit the parties and conserve the Court's resources. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatures listed herein concur in the filing of this document.

Dated: June 9, 2025                    Respectfully submitted,

**HACKING IMMIGRATION LAW**

*/s/ Christina Sullivan Castro*
CHRISTINA SULLIVAN CASTRO
Attorney for Plaintiffs


Dated: June 9, 2025                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   6/10/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

Joint Status Report
Case No.: 4:24-xc-04365 HSG                    2